UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:

CHRISTINA ZNAMECZ,

Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES,

Defendant.
_______________________________/

## COMPLAINT

COMES NOW the Plaintiff, CHRISTINA ZNAMECZ, by and through her undersigned attorney, and sues the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, and says as follows:

1. That at all times material, the Plaintiff, CHRISTINA ZNAMECZ, was and is a resident of Ontario, Canada.

2. That at all times material, the Defendant, CARNIVAL CORPORATION, hereafter referred to as CARNIVAL, had a principal place of business and was doing business in Miami-Dade County, Florida.

3. That at all times material, the Defendant, CARNIVAL, was the owner and/or operator of the cruise ship, CARNIVAL DREAM.

4. That this is an action for damages which are in excess of Seventy-Five Thousand ($75,000.00) Dollars.

5. That this Court has diversity jurisdiction pursuant to 28 USC § 1332.

6. That, in the alternative, this is a case which arises under the General Maritime Law of


WAKS & BARNETT, P.A.
9900 SW 107th Ave., #101, Miami, FL 33176 Tel: (305) 271-8282 Fax: (305) 595-9776

the United States and this Court has jurisdiction pursuant to 28 USC §1333.

7. That on or about May 1, 2016, the Plaintiff boarded the vessel CARNIVAL DREAM in New Orleans, Louisiana.

8. That at all times material, the Defendant, CARNIVAL, had the duty to use reasonable care under the circumstances for the safety of the Plaintiff.

9. That on or about May 3, 2016, the Plaintiff was walking down a stairway near the Serenity Adult Only Retreat when she was caused to suddenly fall, resulting in severe injuries to her left ankle.

10. That CARNIVAL breached the duty of reasonable care which it owed to the Plaintiff, and was negligent in one or more of the following manner:

(a) That the Defendant negligently failed to provide sufficient lighting for the Plaintiff to see as she was walking down the stairway;

(b) failing to maintain the stairway and landing where Plaintiff's accident occurred in a reasonably safe condition;

(c) failing to warn the Plaintiff about the dangerous and hazardous condition, about which it had superior knowledge to that of the Plaintiff; and

(d) that the Defendant knew, based on prior complaints and/or accidents, that the stairs and landing where Plaintiff's accident occurred were unreasonably dangerous, and the Defendant failed to take appropriate action to correct the condition prior to Plaintiff's accident.

11. That as a direct and proximate result of the negligence of the Defendant, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and



WAKS & BARNETT, P.A.
9900 SW 107th Ave., #101, Miami, FL 33176 Tel: (305) 271-8282 Fax: (305) 595-9776

nursing care and treatment, loss of earnings, loss of capacity to earn money, and aggravation of a known or unknown previously existing condition. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, for costs of this action, for prejudgment interest, for trial by jury, and any other relief deemed just and appropriate by this Honorable Court.

Dated: June 2, 2017

Respectfully submitted,

WAKS & BARNETT, P.A.
Counsel for Plaintiff
waksbar@aol.com
9900 SW 107th Ave., #101
Miami, FL 33176
Tel: (305) 271-8282
Fax: (305) 595-9776

By: */s/ Jennifer C. Thompson*
Jennifer C. Thompson
FBN: 670251